IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

08 MAY 28 PM 1:23

CLERK-SANTA FE

JEDADIAHA ASHBURN,

    Petitioner,

v.                                                                                          CIV 07-718 MV/CEG

JAMES JANECKA, Warden, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 1, 2007 (Doc. 11). The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)    the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are adopted;

2)    the § 2254 Application for Writ of Habeas Corpus is denied; and

3)    civil case number 07-718 is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE